Kevin R. Anderson , Bar #4786
STANDING CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:   MICHAEL K. IVIE | Case No. 04B-22696 |
|---|---|
| | Chapter 13 |
| | JUDGE JUDITH A. BOULDEN |

### DECLARATION OF TRUSTEE
### REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON , the duly appointed acting, Standing Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| LUNDBERG & ASSOCIATES<br>3269 S. MAIN STREET, STE 100<br>SALT LAKE CITY, UT 84115 | $ 729.18 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $ 729.18 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated: June 21, 2005

KEVIN R. ANDERSON ,
Standing Chapter 13 Trustee

## CERTIFICATE OF MAILING

      I the undersigned, an employee of the Standing Chapter 12/13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the ___21___ day of ___June___, 2005 to the following parties at the addresses listed below:

MICHAEL K. IVIE
PO BOX 422
DUCHESNE, UT  84021-0422

JOHN T. EVANS, ESQ.
333 EAST 400 SOUTH #106
SALT LAKE CITY, UT  84111

                                                                       */s/*_____
                                                      Employee of Office of
                                                      Standing Chapter 13 Trustee

Page 2
Case No. 04B-22696
Deposit of Unclaimed Funds
Prepared by: ML   (fg #156)